1  2  3  4  5  6  7

**JS-6**

8  
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  
12  
13  
14  
15  
16  
17  
18

PATRICIA SUE WILLIAMS,

                Plaintiff,

      v.

GRIP SMART PRINTING, INC., et al.,

              Defendants.

Case No. CV 16-7010 DMG (KSx)

**JUDGMENT**

19  
20  
21  
22  
23  
24

      Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, filed on May 19, 2017,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Grip Smart Printing, Inc., and against Plaintiff Patricia Sue Williams.

25  
26  
27  
28

DATED: May 19, 2017

_____

DOLLY M. GEE

UNITED STATES DISTRICT JUDGE

-1-